THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH LEWIS, Appellant, v. FRANK P. GRAVES, Commissioner of Education of the State of New York, Respondent.

(Submitted June 13, 1927; decided June 21, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 245 N. Y. 195.)

---

KERR STEAMSHIP CO., INC., Respondent, v. RADIO CORPORATION OF AMERICA, Appellant.

(Submitted June 13, 1927; decided June 21, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 245 N. Y. 284.)

---

In the Matter of the Application of GEORGE GARDNER, as Administrator of the Estate of ELIZABETH M. GARDNER, Deceased, Respondent, for a Judicial Construction of the Will of BLANCHE A. THOMPSON, Deceased.

FRIENDSHIP HALL VACATION HOME, INC., et al., Appellants; FARMERS' LOAN AND TRUST COMPANY, as Executor of BLANCHE A. THOMPSON, Deceased, et al., Respondents.

(Submitted June 20, 1927; decided June 21, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 245 N. Y. 565.)